1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAD ALTBAIER, et al.,

Plaintiffs,

v.

DOWN-LITE INTERNATIONAL, INC.,

Defendant.

Case No. 19-cv-04348-EMC

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

Docket No. 31

On August 6, 2019, the Court stayed this case for a brief time and informed the parties that it would issue an Order to Show Cause why the case should not be dismissed if the Ohio district court continued to exercise jurisdiction. *See* Docket No. 26. More than six weeks have passed since the Court issued its stay, and Defendants have informed the Court that the Ohio district court continues to exercise jurisdiction (as evidenced by that court's order affirming denial of Altbaier's Motion to Transfer Venue). *See* Docket No. 31; Docket No. 31-1.

Therefore, the Court issues an **ORDER TO SHOW CAUSE** why Plaintiff's claims should not be dismissed. Plaintiff shall file a written statement no later than October 2, 2019 showing cause as to why the case should not be dismissed. Failure to comply with this Order will result in the case being dismissed.

**IT IS SO ORDERED**.

Dated: September 25, 2019

_____
EDWARD M. CHEN
United States District Judge